UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE                                )
                                     )
LEONORA M. SANDRIDGE                 )    No. 06 B 01570
                                     )
Debtor.                              )

## MEMORANDUM OPINION ON
## DAIMLER CHRYSLER'S MOTION FOR ADEQUATE PROTECTION

DaimlerChrysler moved for monthly payments from the Chapter 13 Trustee as "adequate protection" with reference to its security, a 2002 Dodge Neon. Notice was sent only to the Debtor, Attorney for Debtor, Chapter 13 Trustee, and U.S. Trustee. No creditors were noticed.

There is at least one other secured creditor scheduled who could be affected adversely by a special monthly payment to benefit DaimlerChristyer out of the Debtor's $1,000 monthly payment under her Plan to the Trustee, that is Countrywide Home Loans.

When the motion was presented on March 8, 2006, it was continued to March 22, 2006 with instructions to movant's counsel to notice all secured creditors. On March 23, 2006, movant's counsel appeared to say that movant has no obligation to notice other creditors with its motion and such notice would not be served.

Under Rule 4001(d) Fed.R.Bankr.P., a motion for adequate protection, even if agreed to by debtor, must be presented to the court for approval on notice to all parties in interest. Collier on Bankruptcy, § 361.05 (15 ed., rev. 2005). The movant refuses to do so; its counsel feels that such notice is not required.. Accordingly, its motion is by separate order stricken for lack of required notice.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Entered this 31st day of March 2006.

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on March  3/ , 2006, I caused to be mailed by United States first class mail copies of the foregoing MEMORANDUM OPINION to the following:

Dennis G. Knipp, Esq.
8926 North Greenwood Avenue
PMB 142
Niles, IL 60714
Counsel for Debtor

Kathryn A. Klein, Esq.
7700 Bonhomme, 7th Floor
St. Louis, MO 63105
Counsel Daimler Chrysler

*Dorothy Clay*
Secretary/Deputy Clerk