UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01570
     LEONORA M SANDRIDGE

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-3667

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/21/2006 and was confirmed 05/24/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/06/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENTRIX FINANCIAL LLC | SECURED | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | 7078.91 | 792.23 | 4896.38 |
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | 5887.79 | .00 | 2696.87 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| ADVOCATE SOUTH SUBURBAN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RJM AQUISITIONS FUNDING | UNSEC W/INTER | 126.24 | 12.95 | 62.62 |
| BALLYS TOTAL FITNESS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NORTHLAND GROUP INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAROLINA DESIGNS LTD | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CST CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 267.48 | 28.05 | 162.33 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 2313.68 | 242.79 | 1404.11 |
| MCI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ONE IRON VENTURE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 212.48 | 22.31 | 128.95 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 2004.79 | 210.38 | 1216.65 |
| RJM AQUISITIONS FUNDING | UNSEC W/INTER | 90.00 | 9.23 | 44.62 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 448.29 | 47.03 | 272.05 |
| FCNB MASTER TRUST | UNSEC W/INTER | 706.93 | 74.19 | 429.02 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2962.61 | .00 | 2962.61 |
| DENNIS G KNIPP | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,084.63 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 01570 LEONORA M SANDRIDGE

```
TRUSTEE                             19,000.00


PRIORITY                                                2,962.61
SECURED                                                 7,593.25
      INTEREST                                            792.23
UNSECURED                                               3,720.35
      INTEREST                                            646.93
ADMINISTRATIVE                                          2,200.00
TRUSTEE COMPENSATION                                    1,084.63
DEBTOR REFUND                                                .00
                             ---------------     ---------------
TOTALS                          19,000.00             19,000.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/23/08            /s/ Tom Vaughn
                           _____
                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE